■· LARRY MARCUS et al., Appellants, v LINDSLEY F. KIMBALL
RESEARCH INSTITUTE OF THE NEW YORK BLOOD CENTER, Respondent, et al., Defendants. [806 NYS2d 30]—

Judgment, Supreme Court, New York County (Alice
Schlesinger, J.), entered November 8, 2004, which, to the extent
appealed from as limited by the brief, upon the prior grant of
defendant-respondent's motion pursuant to CPLR 3211 and
3016, dismissed plaintiffs' fraud claims, unanimously affirmed,
without costs.

Plaintiffs' fraud claims are not materially distinguishable
from their time-barred claims for malpractice and negligence
and accordingly were properly dismissed as duplicative of those
claims (see Atton v Bier, 12 AD3d 240 [2004]). Moreover, the
putative fraud claims state no cognizable claim since they do
not sufficiently allege that defendants knew that the paternity
report issued by them was inaccurate and deliberately concealed
that circumstance from plaintiffs (see id.; Monaco v New York
Univ. Med. Ctr., 213 AD2d 167 [1995], lv dismissed in part and
denied in part 86 NY2d 882 [1995]). Concur—Andrias, J.P., Sullivan, Williams, Gonzalez and Catterson, JJ.